**Order entered June 5, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00411-CV

**PNC BANK, N.A., Appellant**

**V.**

**RPCG-GP I, LLC, Appellee**

**On Appeal from the 160th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-19-01763**

## ORDER

Before the Court is appellee's June 4, 2019 unopposed motion to extend time to file its

brief. We **GRANT** the motion and **ORDER** the brief be filed no later than July 8, 2019.

/s/    ERIN A. NOWELL
       JUSTICE